

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

---

### No. PD-0840-09

---

### OSCAR QUINTANILLA, Appellant

### v.

### THE STATE OF TEXAS

---

### ON STATE'S PETITION FOR DISCRETIONARY REVIEW
### FROM THE EIGHTH COURT OF APPEALS
### EL PASO COUNTY

---

*Per curiam*.

### O P I N I O N

Appellant was charged with sexual assault of a child and convicted of the lesser offense of attempted sexual assault of a child.  The Court of Appeals reversed, finding that there was no evidence that, if guilty, Appellant was guilty only of the lesser-included offense. *Quintanilla v. State*, No. 08-07-00220-CR (Tex. App.–El Paso, February 26, 2009).  The State petitioned this Court for discretionary review.

When the Court of Appeals issued its opinion in this case, it did so without the benefit of this Court's recent opinion in *Grey v. State*, ___ S.W.3d ___ (Tex. Crim. App. No. PD-

0137-09, delivered November 18, 2009).  Therefore, we vacate the judgment of the Court of

Appeals and remand for that court to consider the effect of *Grey*, if any, on its reasoning and

analysis in this case.

En banc

Delivered: February 10, 2010

Do Not Publish